# HOFFMANN & BARON, LLP

ATTORNEYS AT LAW

6 CAMPUS DRIVE

PARSIPPANY, NEW JERSEY 07054-4406

(973) 331-1700

FACSIMILE (973) 331-1717

www.hoffmannbaron.com

CHARLES R. HOFFMANN*
RONALD J. BARON*
DANIEL A. SCOLA, JR.
SALVATORE J. ABBRUZZESE
IRVING N. FEIT*

R. GLENN SCHROEDER*
GLENN T. HENNEBERGER*
ANTHONY E. BENNETT
LUDOMIR A. BUDZYN

STEVEN T. ZUSCHLAG†*
JOHN S. SOPKO†

RODERICK S.W. TURNER†*
JAMES F. HARRINGTON†*

SUSAN A. SIPOS*
KEVIN E. MCDERMOTT*
ANNA-LISA L. GALLO
ANDREA M. WILKOVICH
TONY A. GAYOSO*
NICHOLE E. MARTIAK
LAUREN T. EMR*
LINDA D. CHIN*

JON A. CHIODO
ANNA C. CHAU
ANGELA M. COXE
SEAN R. MACDAVITT*
IRENE A. LIPPA
JULIE TABAROVSKY*
ALEXANDER G. VODOVOZOV*
SANDY ZARADIC*

NEW YORK OFFICE
6900 JERICHO TURNPIKE
SYOSSET, N.Y. 11791-4407
(516) 822-3550
FAX (516) 822-3582

SENIOR COUNSEL
ROBERT NEUNER*

SCIENTIFIC ADVISOR
DANIEL A. SCOLA, SR., Ph.D.

* NOT ADMITTED IN NJ
† SENIOR ATTORNEY

February 11, 2010

**VIA ECF**

Honorable Claire C. Cecchi
U.S. Magistrate Judge
King Fed. Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re:   *Lonza Inc. v. Nalco Company*
      Civil Action No. 09-04635

Dear Judge Cecchi:

According to the Scheduling Order entered in this action, a proposed Joint Confidentiality Order is due to be submitted to the Court by today. The parties are currently working on finalizing the proposed Joint Confidentiality Order, and respectfully request an extension of two weeks to complete and submit the proposed Joint Confidentiality Order to the Court. Thus, the parties respectfully request the Court's permission to submit the proposed Joint Confidentiality Order to the Court by no later than February 25, 2010.

Should the Court require any further information, please do not hesitate to contact us.

Very truly yours,

Jon A. Chiodo
Attorney for Plaintiff

JAC/

cc:   Justin Greenblum, Esq.
      Attorney for Defendants